UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PV,<br>*Plaintiff*,<br><br>            v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security;<br>U.S. DEPARTMENT OF HOMELAND SECURITY; and<br>TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br>*Defendants*. | Case No. 1:25-cv-00344<br><br>**ORDER TO SHOW CAUSE** |

Upon the annexed declaration of Paul O'Dwyer, counsel for Plaintiff pro hac vice, the sworn declaration of Plaintiff, and all of the pleadings and proceedings previously had herein, it is hereby:

**ORDERED** that Defendants show cause before the Honorable Judge Meredith A. Vacca, United States District Judge, at the United States District Court for the Western District of New York, 2 Niagara Square Buffalo, NY 14202, on the __ day of April, 2025, at 9:30 a.m., or as soon thereafter as counsel can he heard, why the following orders should not be made:

   (i) directing Defendants to restore Plaintiff's F-1 student status under the SEVIS system;

   (ii) requiring Defendants to set aside their F-1 student status termination determination;

   (iii) enjoining Defendants from terminating Plaintiff's student status absent a valid

1

ground as set forth in 8 C.F.R. § 214.1(d) – (g) and absent an adequate individualized pre-deprivation proceeding before an impartial adjudicator; and

(iv) enjoining Defendants from arresting, detaining, or transferring Plaintiff out of this Court's jurisdiction; and it is further;

**ORDERED** that the service of a copy of this Order to Show Cause, together with the papers upon which it is granted, along with the Complaint and supporting exhibits, upon the Office of the US Attorney for the Western District of New York, 138 Delaware Ave. Buffalo, NY 14202, on or before the __day of April, 2025, be good and proper service; and it is further

**ORDERED** that pending the determination of this Order to Show Cause, Defendants are:

(i) directed to reinstate Plaintiff's F-1 status under the SEVIS system; and

(ii) enjoining from arresting, detaining, or transferring Plaintiff out of this Court's jurisdiction

Dated: April ___, 2025

_____

Hon. Meredith A. Vacca