**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PV,<br>*Plaintiff*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security;<br>U.S. DEPARTMENT OF HOMELAND SECURITY; and<br>TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br>*Defendants*. | Case No. 1:25-cv-00344<br><br>**Declaration of Plaintiff's attorney regarding TRO** |

DECLARATION OF PAUL O'DWYER

PAUL O'DWYER declares as follows under penalty of perjury of the laws of the United Stated:

1. I am the attorney *pro hac vice* for Plaintiff in the above matter.

2. On April 21, 2025, I emailed Defendants' attorney, Adam Khalil, of the US Attorney's Office for the Western District of New York, with the Complaint and attached declarations as well as Plaintiff's Order to Show Cause for a TRO and supporting Memorandum of Law. I also provided Plaintiff's full name and identity so that they can investigate and respond to the Complaint.

3. I also informed Mr. Khalil that I would be filing the Order to Show Cause for a TRO this afternoon. Mr. Khalil states that Defendants are not consenting to the relief sought in the TRO.

Dated: New York, New York
       April 22, 2025


   /s/  Paul O'Dwyer_____
Paul O'Dwyer
Attorney for Petitioner *pro hac vice*
11 Broadway, Suite 715
New York, NY  10004
(646) 230-7444