## PLEASE REPLY: Immigration Status Update

Dear P          V         ,

I am reaching out with an important update regarding your immigration status. **We recently discovered that the Department of Homeland Security (DHS) terminated your SEVIS record on 4/8/2025.**

444 Biomedical Research Building Your F-1 status in the U.S. is no longer valid, and there is no grace period to remain in the U.S. with this type of SEVIS termination. Unfortunately, we don't have specific details about why this occurred, but we are prepared to advise you through the next steps. Please clarify if you are currently inside the U.S. or outside so we can best advise you.

LEGAL RECOMMENDATIONS: We strongly recommend that you obtain an immigration attorney and depart the U.S. as soon as possible, if you are inside

the U.S. If you do not already have an immigration attorney, attached are some recommendations for legal consultation.

EMPLOYMENT AUTHORIZATION: Since your F-1 status has ended, your Post-Completion OPT work authorization has ended. You must stop working and notify your employer about this immigration status update.

PLEASE REPLY: This is time sensitive. Leadership in ISS, copied on this message, is prioritizing your situation, and we would like to schedule a meeting to talk about your situation in more detail. Please click 'reply all' to respond right away.

Best,
Amy

**Amy Burk**
Associate Director, DSO/ARO



**International Student Services**
210 Talbert Hall
Buffalo NY 14260
716-645-2258

Buffalo, NY, USA 14214