**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PV,<br>*Plaintiff*,<br><br>            v.<br><br>KRISTI NOEM, ET AL.,<br>*Defendants*. | Case No.  1:25-cv-00344 |

**NOTICE OF MOTION FOR EXPEDITED HEARING AND FOR PERMISSION TO APPEAR TELEPHONICALLY**

| | |
|---|---|
| Motion by: | Plaintiff |
| Relief sought: | An Order:<br>(a) Granting an expedited hearing pursuant to W.D.N.Y. Loc. R. Civ. P. 7(d)(1), and<br>(b) Allowing Plaintiff and his counsel to appear at such hearing telephonically, if necessary. |
| When Returnable: | As directed by the Court. |
| Where Returnable: | Hon. Meredith A. Vacca<br>United States Courthouse<br>2 Niagara Square<br>Buffalo, New York 14202 |
| Supporting Papers: | Declaration of Paul O'Dwyer dated April 23, 2025 |

Dated: April 23, 2025

s/ Paul O'Dwyer
Paul O'Dwyer
Attorney for Petitioner
Law Office of Paul O'Dwyer PC
11 Broadway, Suite 715
New York NY 10004
(646)230-7444
paul.odwyer@paulodwyerlaw.com

1