**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PV,<br>*Plaintiff*,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br>*Defendants*. | Case No.  1:25-cv-00344 |

## ORDER ON MOTION FOR EXPEDITED HEARING AND FOR PERMISSION TO APPEAR TELEPHONICALLY

Upon consideration of Plaintiff's motion for an expedited hearing of the motion and for permission to appear telephonically at such hearing, it is hereby

**ORDERED** that upon good cause shown, the motion for an expedited hearing on Plaintiff's Order to Show Cause (ECF 6) is granted; and it is further

**ORDERED** that the hearing shall be held on _____; and it is further

**ORDERED** that counsel may appear telephonically at such hearing.

Dated: Buffalo, New York
        April __, 2025

_____
Hon. Meredith A. Vacca