

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

*100 State Street, Suite 500*  (585) 263-6760
*Rochester, New York 14614*  *fax (585) 399-3920*
  *Writer's Direct:* (585) 399-3979
  *Adam.Khalil@usdoj.gov*

April 23, 2025

The Honorable Meredith A. Vacca
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

    Re:    **P.V. v. Noem *et al.***
              **25-cv-00344-MAV**

Dear Judge Vacca:

    Please excuse this letter being filed in lieu of a more formal brief.

    In short, there is no reason to expedite the already fast-approaching hearing regarding a temporary restraining order in this case. Plaintiff is not in detention, and there is no indication whatsoever that they may be taken into custody, let alone removed. Additionally, even if taken into custody, they would be placed in removal proceedings and have all of the due process protections afforded in that process before being removed.

    The government has 25 hours to respond to the motion for a temporary restraining order. Given the novel nature of this action, the developing law surrounding it, and the short turn-around from the date the motion was filed until the time the government's response is due, the government will require each and every minute of those less than 25 hours.

    For these reasons, the government respectfully requests that the motion toe expedite be denied and the original scheduling order stand.

    The government does not oppose counsel for Plaintiff appearing telephonically for any oral argument regarding the temporary restraining order.

2

        Respectfully submitted,

        MICHAEL DIGIACOMO
        United States Attorney
        Western District of New York

BY:    */s/ Adam A. Khalil*
        ADAM A. KHALIL
        Assistant United States Attorney

2