

U.S. Department of Justice

*United States Attorney*
*Western District of New York*

*100 State Street, Suite 500*      *(585) 263-6760*
*Rochester, New York 14614*      *fax (585) 399-3920*
     *Writer's Direct: (585) 399-3979*
     *Adam.Khalil@usdoj.gov*

April 25, 2025

The Honorable Meredith A. Vacca
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

     Re:    **P.V. v. Noem *et al.***
               **25-cv-00344-MAV**

Dear Judge Vacca:

     I write this letter to correct my prior briefing, and to ensure an accurate record for the Court.

     After filing my brief yesterday, and leaving the office, I received an email with a declaration from Andre Watson, submitted herewith. Mr. Watson indicates that Plaintiff's visa was revoked on April 16, 2025. Watson Dec. at ¶ 9.

     None of Plaintiff's papers had indicated that his F-1 visa had actually been revoked, and I was unaware of that fact until reading the declaration. Accordingly, I withdraw any argument in my papers about Plaintiff's visa not being withdrawn and retract any factual statement to that effect.

     My apologies for bringing this to the Court's attention so close to the expedited hearing scheduled for later today.

                                            Respectfully submitted,

                                            MICHAEL DIGIACOMO
                                            United States Attorney
                                            Western District of New York

                       BY:     */s/ Adam A. Khalil*
                                            ADAM A. KHALIL
                                            Assistant United States Attorney