

U.S. Department of Justice

*United States Attorney*
*Western District of New York*

*100 State Street, Suite 500*        *(585) 263-6760*
*Rochester, New York 14614*     *fax (585) 399-3920*
                                      *Writer's Direct: (585) 399-3979*
                                             *Adam.Khalil@usdoj.gov*

April 25, 2025

The Honorable Meredith A. Vacca
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

       Re:    **P.V. v. Noem *et al.***
                 **25-cv-00344-MAV**

Dear Judge Vacca:

       At 12:46 PM I learned of ICE's new position regarding the SEVIS terminations:

       ICE is developing a policy that will provide a framework for SEVIS record terminations. Until such a policy is issued, the SEVIS records for plaintiffs in this case (and other similarly situated plaintiffs) will **remain Active or shall be re-activated** if not currently active and **ICE will <u>not</u> modify the record solely based on the NCIC finding that resulted in the recent SEVIS record termination**. ICE still maintains the authority to terminate a SEVIS record for other reasons, such as if a student fails to maintain his or her nonimmigrant status after the record is reactivated or engages in other unlawful activity that would render him or her removable from the United States under the Immigration and Nationality Act.

       At the time I learned of this new position, I had already reached out to the Office of Immigration Litigation within DOJ to inquire as to whether a letter confirming Plaintiff's legal status and/or his ability to be lawfully employed could be issued. Given the above, I do not anticipate such a letter will be issued, as the reinstatement of Plaintiff's SEVIS status would render this action moot.

       Additionally, I was incorrect at oral argument today—the legal authorities I referred to in Court have already been cited in my papers (specifically, *Deore v. Sec'y of DHS*, No. 25-cv-11038, Dkt. 20, slip op. at 7–8, 12–13 (E.D. Mich. Apr. 17, 2025) and *Yunsong Zhao v. Va. Polytechnic Inst. & State Univ.*, No. 18-cv-189, 2018 WL 5018487, at *6 (W.D. Va. Oct. 16, 2018).

2

        Respectfully submitted,

        MICHAEL DIGIACOMO
        United States Attorney
        Western District of New York

BY:    */s/ Adam A. Khalil*
        ADAM A. KHALIL
        Assistant United States Attorney

2